J. E. SPENCER et al., Appellants, v. CITI-
ZENS' SAVINGS BANK & TRUST CO. et
al., Appellees (two cases).

Nos. 836, 837.

Court of Civil Appeals of Texas. Eastland.
Feb. 13, 1931.

Rehearing Denied March 27, 1931.

Lockhart, Garrard & Brown and Vickers &
Campbell, all of Lubbock, for appellants.

Jno. B. Daniel, of Temple, and Roscoe Wil-
son, of Lubbock, for appellees.

LESLIE, J.

The opinion in the case of J. E. Spencer et
al. v. Presbyterian Board of Ministerial Re-
lief and Sustentation et al. (Tex. Civ. App.) 36
S.W.(2d) 606, this day decided, disposes of all
the questions presented by this appeal. It fol-
lows that the judgment of the trial court in
the instant case is reversed and the cause re-
manded, with instructions to the trial court
to order the transfer of the cause to Lubbock
county. It is so ordered.